Name: David Galbraith
Address: 517 W. San Ysidro Blvd Apt 201, San Diego CA 92173
Telephone Phone: 858-599-1515
Email: galbraithdavid250@gmail.com

**FILED**
Jul 21 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ dmartinez DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

David Galbraith, Plaintiff(s),

v.

FBI (Sacramento), City of Sacramento CA, Defendant(s).

Case No.: **'23CV1339 JES BLM**
(assigned at time of filing)

**COMPLAINT**

Harrassment, Invasion of Privacy, Violation of certain rights (4th, 14th Amendments?, Victim of Criminal Conspiracy

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

It is my allegation that for ten years now and without a warrant the FBI (along with the Sacramento Police Dept) has been surveilling me (illegal wiretapping, etc.) in such a way that it constitutes harassment, so much so, that in ten years I have been hospitalized eight times for stress. I am the victim of a criminal conspiracy.

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

4-13-2023
Date

Signature

David Galbraith
Printed Name